569 A.2d 350

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Darro FREEMAN.**

Supreme Court of Pennsylvania.

Argued Jan. 23, 1990.

Decided Feb. 6, 1990.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Philadelphia, Chief, Appeals Div., Norman Gross, for appellant.

Dennis J. Cogan, Philadelphia, for appellee.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

100

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., did not participate in the consideration or decision of this case.

LARSEN, J., dissents.